# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

NEW 90, LLC AND LOUISIANA
WETLANDS, LLC

NO.   2019 CW 0592

VERSUS

GRIGSBY PETROLEUM, INC. AND
CHEVRON U.S.A., INC.

**OCTOBER 15, 2019**

---

In Re:   Lexington Insurance Company, American Home Assurance
Company, and AIG Specialty Insurance Company, applying
for supervisory writs, 16th Judicial District Court,
Parish of St. Mary, No. 130528.

---

BEFORE:   McCLENDON, WELCH, AND HOLDRIDGE, JJ.

   **WRIT   DISMISSED**.   This   writ   application   is   dismissed
pursuant   to   relators'   motion   to   dismiss   advising   that   the
parties have reached a settlement and requesting that this writ
application be dismissed.

**PMc**
**JEW**
**GH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT